# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-16-00293-CV
_____

### IN RE JEAN-FRANCOIS GARIÉPY

**Original Proceeding**
**County Court of Jefferson County, Texas**
**Trial Cause No. 115533**

### ORDER

Jacqueline Castellanos, the real party in interest in the mandamus proceeding before the Court, has informed the Court that the report of the attorney ad litem in Trial Cause Number 115533 has been sealed in the trial court. She requests that the report be furnished to the Court of Appeals.

The trial court clerk shall forward the sealed report to the Clerk of the Court of Appeals. The document will be maintained under seal while in possession of the appellate court. The report will be returned to the trial court clerk when the Court issues its opinion and judgment in this mandamus proceeding.

ORDER ENTERED September 13, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.